No. 91–996.  CALIFORNIA *v.* CRIBAS.  Ct. App. Cal., 4th App. Dist.  Motion of respondent for leave to proceed *in forma pauperis* without an affidavit of indigency executed by respondent granted.  Certiorari denied. ■

No. 91–1002.  YOUNG & RUBICAM, INC. *v.* MIDLER; and
No. 91–1199.  MIDLER *v.* YOUNG & RUBICAM, INC.  C. A. 9th Cir.  Motion of American Association of Advertising Agencies, Inc., for leave to file a brief as *amicus curiae* in No. 91–1002 granted.  Certiorari denied.  Reported below: 944 F. 2d 909.

No. 91–1009.  SCHOWENGERDT *v.* UNITED STATES ET AL. C. A. 9th Cir.  Motion of petitioner for leave to proceed as a veteran granted.  Certiorari denied. ■

No. 91–1159.  MOURADIAN *v.* JOHN HANCOCK COS. ET AL. C. A. 1st Cir.  Motion of petitioner for leave to proceed as a veteran granted.  Certiorari denied. ■

No. 91–1196.  HEGGY *v.* HEGGY.  C. A. 10th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari. ■

No. 91–1331.  PIPEFITTERS' ASSOCIATION LOCAL UNION NO. 597 *v.* DANIELS.  C. A. 7th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari. ■

No. 91–6681.  SMITH *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari. ■

No. 91–6685.  CALDERON *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari. ■

No. 91–6830.  BARRETT *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari. ■